UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>ALANAR, INC.; GUARDIAN SERVICES, LLC; FIRST FINANCIAL SERVICES OF SULLIVAN COUNTY, INC.; THE LIBERTY GROUP, INC.; CHURCHMEN'S INCOME BOND FUND 1, LLC; CHURCHMEN'S INCOME BOND FUND 4, LLC; CHURCHMEN'S INCOME BOND FUND 6, LLC; CHURCHMEN'S INCOME BOND FUND 7 LLC; CHURCHMEN'S INCOME BOND FUND 8, LLC; CHURCHMEN'S INCOME BOND FUND 11, LLC; CHURCHMEN'S INCOME BOND FUND 13, LLC; CHURCHMEN'S INCOME BOND FUND 14, LLC; CHURCHMEN'S INCOME BOND FUND 15, LLC; CHURCHMEN'S INCOME GROWTH BOND FUND 1, LLC; CHURCHMEN'S INCOME GROWTH BOND FUND 3, LLC; CHURCHMEN'S INCOME GROWTH BOND FUND 4, LLC; CHURCHMEN'S INCOME GROWTH BOND FUND 6, LLC; CHURCHMEN'S INCOME GROWTH BOND FUND 7, LLC; CHURCHMEN'S INCOME GROWTH BOND FUND 10, LLC; CHURCHMEN'S INCOME GROWTH BOND FUND 11, LLC; CHURCHMEN'S INCOME GROWTH BOND FUND 12, LLC; CHURCHMEN'S AGGRESSIVE INCOME BOND FUND 1, LLC; CHURCHMEN'S AGGRESSIVE INCOME BOND FUND 2, LLC; CHURCHMEN'S AGGRESSIVE INCOME BOND FUND 3, LLC; CHURCHMEN'S AGGRESSIVE INCOME BOND FUND 4, LLC; REGENT CAPITAL LLC; VAUGHN A. REEVES, SR.; VAUGHN A. REEVES, JR.; JONATHAN CHRISTOPHER REEVES; JOSHUA CRAIG REEVES,<br><br>      Defendants,<br><br>      and<br><br>CHURCHMEN'S INVESTMENT CORPORATION; CHURCHMEN'S CAPITAL GROUP, INC.; AIC AVIATION, INC.; THE CITADEL CORPORATION OF SULLIVAN COUNTY; NORTHSTAR DEVELOPMENT CORPORATION; NORTHSTAR MORTGAGE FUNDING, INC.,<br><br>      Relief Defendants. | Judge: Tinder<br><br>CIVIL ACTION NO.:<br><br>1:05-CV-1102-JDT-TAB<br><br>Magistrate Judge: Baker |

- 2 -

## ORDER AUTHORIZING PAYMENT OF MONITOR'S FEES

Bradley W. Skolnik, the Independent Monitor ("Monitor") in this matter, has filed with the Court his Motion for Approval of Monitor's Fees,

And the Court, being duly advised now finds that the Motion for Approval of Monitor's Fees filed by the Monitor, in which the Monitor requests authorization for the payment of the Monitor's fees covering the period from September 1, 2005 through September 30, 2005, should be approved.

IT IS THEREFORE ORDERED that the Monitor's fees covering the period from September 1, 2005 through September 30, 2005 in the amount of $12,851.90 as set forth in the itemized statement attached to the Motion for Approval of Monitor's Fees are hereby approved, and

IT IS FURTHER ORDERED that the Union Federal Bank of Indianapolis, as Escrow Agent, is hereby authorized to release escrow funds in the amount of $12,851.90 from the Escrow Account established at such bank by the Reeves pursuant to Order of Permanent Injunction and Other Relief in this matter to the Monitor for the payment of the Monitor's fees.

Dated: __10/26/2005__

_____
John Daniel Tinder, Judge
United States District Court

**DISTRIBUTION:**

Bradley W. Skolnik
STEWART & IRWIN, P.C.
bskolnik@silegal.com

Asheesh Goel
UNITED STATES SECURITIES & EXCHANGE COMMISION
goela@sec.gov

Cassandra Becker
UNITED STATES SECURITIES & EXCHANGE COMMISION
beckerc@sec.gov

Peter S. French
LEWIS & KAPPES, P.C.
pfrench@lewis-kappes.com

Hannah Kaufman
LEWIS & KAPPES, P.C.
hkaufman@lewis-kappes.com

Jonathan Harris
LINDQUIST & VENNUM, PLLP
jharris@lindquist.com

Kimberly Ruckdaschel-Haley
LINDQUIST & VENNUM, PLLP
kruckdaschel@lindquist.com

Bernard Lowell Pylitt
KATZ & KORIN
bpylitt@katzkorin.com

Vaughn A. Reeves, Sr.
2122 Lakeview Drive
Sullivan, IN 47882

Vaughn A. Reeves, Jr.
900 Hillside Drive
Sullivan, IN 47882

- 4 -

Jonathan Christopher Reeves
302 West Washington Street
Sullivan, IN 47882

Joshua Craig Reeves
330 West Washington Street
Sullivan, IN 47882

SI59530_2

- 4 -