UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | 1:05-cv-1102-JDT-TAB |
| ALANAR, INC., et al, ) ) | |
| Defendants, ) ) | |
| and ) ) | |
| CHURCHMEN'S INVESTMENT CORPORATION, et al., ) ) ) | |
| Relief Defendants. ) | |

**ORDER MODIFYING RECEIVERSHIP ORDER**

In conjunction with the court's contemporaneously-filed Entry Granting Motion to Enforce Stay Order and Denying Request to Show Cause in the case of *Southern Michigan Bank & Trust v. Guardian Services, LLC*, 1:05-cv-1880-JDT-TAB, the Receivership Order issued on December 20, 2005 is hereby modified by adding additional language and prohibitions as follows.

Paragraph 11 shall now read:
(with added language underlined):

> 11   All investors, creditors, and other persons, and all others acting on behalf of any such investor, creditor or other persons, including sheriffs, marshals, other officers, deputies, servants, agents, employees and attorneys, are

stayed from <u>the following without first having obtained the permission of the Receiver</u>:

      a.    <u>Commencing, prosecuting, continuing</u> or enforcing or executing any <u>suit or proceeding against the entities in receivership,</u> judgment or order obtained against the Receiver Defendants' property, <u>except that such actions may be filed to toll any statute of limitations;</u>

      b.    Using self-help or executing or issuing or causing the execution of issuance of any court attachment, subpoena, replevin, execution, or other process for the purpose of impounding of taking possession of or interfering with or creating or enforcing a lien upon any property owned by or in the possession of the Receiver Defendants, or the Receiver, wherever situated;

      c.    Attempting to modify, cancel, terminate, call, extinguish, revoke or accelerate (the due date), of any lease, loan, mortgage, indebtedness, security agreement or other agreement with the Receiver Defendants, or any entity controlled by them; and

      d.    Doing any act <u>or thing whatsoever</u> to interfere with the taking control, possession, or management, by the Receiver of the Receiver Defendants' property and assets owned, controlled, or in the possession of the Receiver, or to in any way interfere with or harass the Receiver, or to interfere in any manner with the exclusive jurisdiction of this Court over the Receiver Defendants' property<u>, including communicating about the effect of the Receivership with investors, creditors and any other persons who may be indebted to assets, funds, accounts or other properties controlled by the Receiver, or who may claim to be entitled to assets, funds, accounts or other properties controlled by the Receiver.</u>

ALL OF WHICH IS ORDERED this 27th day of March 2006.

_____
John Daniel Tinder, Judge
United States District Court

Electronic copies to:

Cassandra Amy Becker
United States Securities & Exchange Commission
beckerc@sec.gov

Peter S. French
Lewis & Kappes
pfrench@lewis-kappes.com

Hannah Kaufman
Lewis & Kappes
hkaufman@lewis-kappes.com

H. James Maxwell
hjmesq@kc.rr.com

Mark J. R. Merkle
Krieg Devault
mmerkle@kdlegal.com

David I. Rubin
Stewart & Irwin
drubin@silegal.com

Michael Joseph Rusnak
Stewart & Irwin
mrusnak@stewart-irwin.com

John Joseph Sikora Jr.
United States Securities & Exchange Commission
sikoraj@sec.gov

Bradley W. Skolnik
Stewart & Irwin
bskolnik@stewart-irwin.com


Copies Mailed to:

Vaugh A. Reeves Sr.
2122 Lakeview Drive
Sullivan, IN 47882

Vaugh A. Reeves Jr.
900 Hillside Drive
Sullivan, IN 47882

Jonathan Christopher Reeves
302 West Washington Street
Sullivan, IN 47882

Joshua Craig Reeves
330 West Washington Street
Sullivan, IN 47882